# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HOLLAND and EUGENE HOLLAND,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK, an unknown entity and Does 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 08-00361 MMM<br><br>[Honorable Margaret M. Morrow]<br><br>**ORDER RE STIPULATION TO DISMISS ACTION, WITH PREJUDICE** |

## ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice. All parties shall bear their own attorneys' fees and costs.

DATED: February 22, 2008

_____
The United States District Court Judge